# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MISSOURI

| | |
|---|---|
| BANK OF THE WEST | ) |
| Plaintiff, | ) ) ) |
| vs. | ) ) Case No. 4:19-cv-00588-SRB |
| MARTIN BROOKS, *IN PERSONAM* | ) ) ) |
| AND | ) ) |
| BRIANNA BROOKS, *IN PERSONAM* | ) ) ) |
| Defendants. | ) |

## MOTION FOR ENTRY OF DEFAULT UNDER RULE 55(a)

COMES NOW Plaintiff, by counsel, and moves the Court to direct the Clerk of the Court to file an Entry of Default by Clerk under Federal Rule of Civil Procedure 55(a) against Defendants Martin Brooks and Brianna Brooks, and each of them, because said Defendants have failed to plead or otherwise defend against this action. In support of this Motion, the undersigned has filed as Exhibit 1 an Attorney's Affirmation which is incorporated by this reference.

**HUSCH BLACKWELL LLP**

*/s/ J. Michael Bridges*
J. Michael Bridges, MBN 41549
Laura C. Robinson, MBN 67733
901 E. St. Louis St., Suite 1800
Springfield, Mo. 65806
Telephone: 417-268-4000
Facsimile: 417-268-4040
michael.bridges@huschblackwell.com
laura.robinson@huschblackwell.com
**ATTORNEYS FOR PLAINTIFF**

THIS PLEADING IS FILED BY A DEBT COLLECTOR WHO IS ATTEMPTING TO COLLECT A DEBT. ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.

## CERTIFICATE OF SERVICE

The undersigned certifies that a true copy of the above and foregoing was served by U.S. Mail, postage prepaid, and/or by email, on March 4, 2020, to the following:

| | |
|---|---|
| MARTIN BROOKS<br>420 Southeast Hackamore Drive<br>Lee's Summit, Missouri 64082 | BRIANNA BROOKS<br>420 Southeast Hackamore Drive<br>Lee's Summit, Missouri 64082 |
| THE VESSEL LIQUID ASSETS<br>c/o MARTIN BROOKS<br>420 Southeast Hackamore Drive<br>Lee's Summit, Missouri 64082 | Allison Page<br>U.S. Marshals Service<br>400 E 9th Street, Suite 3740<br>Kansas City, MO<br>Allison.Page@usdoj.gov |

*/s/ J. Michael Bridges*
Attorney